UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN-SOUTHERN DIVISION-FLINT

| | | |
|---|---|---|
| IN THE MATTER OF: DEBTOR (S) | Case No: 18-32342-DOF CHAPTER 13 PROCEEDINGS JUDGE DANIEL OPPERMAN | ATTORNEY: Bruce A. Mayrand Jr. DATE FILED: 10/5/2018 CLAIMS BAR DATE: 12/14/2018 |
| Lisa Juncaj | | CONFIRMATION DATE: 12/18/2018 |

TRUSTEE'S OBJECTION TO CONFIRMATION

☒ Plan is unfeasible ☒ Payment Order has not been filed

☒ Plan does not meet Best interest test: $125,138.75; needs 100% plus 5% interest to unsecured creditors

Provide the following to the Trustee:

☒ recorded mortgage ☒ July-October Chase statements

☒ SEV for 5527 Bradford Circle

OCP to state the following:

☒ Stay is lifted as to 2017 Jeep Compass Lease

NATURE OF THE PLAN- The Trustee interprets the nature of the plan to be:

☒ Base plan-completed upon the Trustee receiving $159,655.80 in addition to the receipts prior to confirmation.

Confirmation recommended ☐ Yes ☒ No

WHEREFORE, unless the above terms are satisfied, the Chapter 13 Trustee requests that this Honorable Court deny confirmation of the Debtor's (s') Plan, dismiss this case, or provide other relief as is just.

/s/ Carl L. Bekofske
Dated: November 19, 2018    Carl L. Bekofske, Standing Chapter 13 Trustee
400 N. Saginaw St. Ste 331., Flint, MI 48502
(810) 238-4675    ECF@flint13.com
P-10645

UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF MICHIGAN-SOUTHERN DIVISION-FLINT

IN THE MATTER OF:
DEBTOR (S) Lisa Juncaj

Case No: 18-32342-DOF
CHAPTER 13 PROCEEDINGS
JUDGE DANIEL OPPERMAN

## CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2018, I electronically filed the Chapter 13 Trustee's Objection to Confirmation with the Clerk of the Court using the ECF system; which will send notification of such filing to the following:

Bruce A. Mayrand Jr.
bamayrand@comcast.net

And I hereby certify that I have mailed by United States Postal Service the Paper(s) to the following non-ECF participants:

/s/ Sherry Beasinger
Carl L. Bekofske, Standing Chapter 13 Trustee
400 N. Saginaw St. Ste 331., Flint, MI 48502
(810) 238-4675
Email: ECF@flint13.com